# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0687

VERSUS

NORRIS ALLEMAND

**JULY 28, 2025**

---

In Re:  State of Louisiana, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 621542.

---

**BEFORE:  McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**STAY DENIED. WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT